UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PIERRE FRANSUA,<br><br>Plaintiff(s),<br>v.<br><br>REMINE PLATFORM INC.,<br><br>Defendant(s). | CASE NO. C26-2303-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

This matter is before the Court on Defendant Remine Platform, Inc.'s ("Remine") unopposed motion for an extension of time to respond to Plaintiff Pierre Ransua's complaint. Dkt. No. 5. Remine asks for a 45-day extension due to the "novel issues" raised by Ransua's complaint. *Id.* at 2. Remine avers its counsel has conferred with Ransua's counsel and that Ransua consents to the requested extension. *Id.* Finding good cause, the Court GRANTS Remine's unopposed motion for an extension. Dkt. No. 5. Remine will have until September 10, 2026 to answer, plead, or otherwise respond to Ransua's class action complaint.

Dated this 29th day of July, 2026.

Kymberly K. Evanson
United States District Judge