UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PIERRE FRANSUA,<br><br>Plaintiff(s),<br>v.<br><br>REMINE PLATFORM INC.,<br><br>Defendant(s). | CASE NO. C26-2303-KKE<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Pursuant to the Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED (Dkt. No. 21) and Defendant's deadline in which to answer, plead, or otherwise respond to Plaintiff's First Amended Complaint is extended up to and including October 22, 2026.

Dated this 14th day of October, 2026.

Kymberly K. Evanson
United States District Judge